

# United States District Court
# Eastern District of California

Jaspreet Singh

Plaintiff(s)

Case Number: 1:25-CV-01940-TLN-EFB

V.

Warden, Mesa Verde Detention Center, et. al

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Saadia Siddique _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Jaspreet Singh

On _____11/08/2001_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court State of Illinois_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

Date:_____12/19/2025_____    Signature of Applicant: /s/ Saadia Siddique _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Saadia Siddique |
| Law Firm Name: | Siddique Law Group LLC |
| Address: | 200 West Monroe St. |
| | Suite 1625 |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 726-9800 |
| City and State of Residence: | Chicago, IL |
| Primary E-mail Address: | saadia@sidlawgroup.com |
| Secondary E-mail Address: | saadia.siddique@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Curtis Lee Morrison |
| Law Firm Name: | Red Eagle Law, L.C. |
| Address: | 5256 S. Mission Rd. |
| | Suite 135 |
| City: | Bonsall    State: CA    Zip: 92003 |
| Phone Number w/Area Code: | (714) 661-3446    Bar # 321106 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 22, 2025

JUDGE, U.S. DISTRICT COURT