ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPREET S., <br><br> Petitioner, <br><br> v. <br><br> Warden of MESA VERDE DETENTION CENTER, et al., <br><br> Respondents. | CASE NO. 1:25-CV-01940-TLN-EFB <br><br> STIPULATION AND ORDER DISMISSING THE CASE |

The parties have conferred. Petitioner having now been released from custody, he is seeking to withdraw and dismiss his application for a writ of habeas corpus and dismissal of this case. Respondents stipulate and agree to this withdrawal and dismissal.

ERIC GRANT
United States Attorney

Date: January 20, 2026   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Date: January 20, 2026   /s/ Saadia Siddique
SADDIA SIDDIQUE
Counsel for Petitioner, PHV

**ORDER**

The parties have stipulated that the Petitioner is no longer in custody and that this case can be dismissed, the Court orders the application for writ of habeas corpus dismissed without prejudice.

Date: January 20, 2026    _____
Troy L. Nunley
Chief United States District Judge